# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**NICHOLAS J. GUAETTA,**

        **Plaintiff,**

vs.                                   Case No. 10-CV-2487 JTM/KMH

**COMPASS GROUP USA, INC.**
**D/B/A CHARTWELLS,**

        **Defendant.**

## ORDER OF DISMISSAL

Upon stipulation of the parties, it is hereby

ORDERED that the above-referenced case is dismissed in its entirety, with prejudice, with each party bearing its own costs, expenses, and attorney fees.

Dated: July 13, 2011                         s/ J. Thomas Marten
                                                             UNITED STATES DISTRICT JUDGE